1000

No. 02–1255. F/V JEANINE KATHLEEN ET AL. v. VENTURA PACKERS, INC. C. A. 9th Cir. Certiorari denied.

No. 02–1262. AMERICAN RENOVATION & CONSTRUCTION CO. v. FAVEL ET AL. Sup. Ct. Mont. Certiorari denied.

No. 02–1268. RODRIGUEZ v. HAZBUN ESCAF. C. A. 4th Cir. Certiorari denied.

No. 02–1288. HARMAN v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 02–1300. SPRINGER v. LORSON. C. A. D. C. Cir. Certiorari denied.

No. 02–1323. MUZZI v. UNITED STATES SUPREME COURT ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1330. NEUFELD v. TOWN OF SAN ANSELMO, CALIFORNIA. App. Div., Super. Ct. Cal., Marin County. Certiorari denied.

No. 02–1334. KONG ET AL. v. CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1341. SAFARIAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–1346. CHADWICK v. CHADWICK. C. A. 3d Cir. Certiorari denied.

No. 02–1378. BELL v. POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 02–1381. FROST v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 02–1385. BELL v. POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 02–1401. MCKENZIE v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. D. C. Cir. Certiorari denied.